**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CIVIL ACTION NO. 23-60-DLB-HAI**

**BRANDON DAWSON**                                                                                **PLAINTIFF**

**v.**                                          <u>**ORDER**</u>

**DELSA MOCK**                                                               **DEFENDANT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Hanly A. Ingram (Doc. # 35), wherein he recommends that this matter be dismissed for failure to prosecute, and that Defendant's Motion for Summary Judgment (Doc. # 17) be denied as moot. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 35), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) This matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b);

(3) Defendant's Motion for Summary Judgment is **DENIED AS MOOT**; and

(4) This matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket.

This 19th day of March 2025.



Signed By:
*David L. Bunning*   DB
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2023\23-60 Order Adopting R&R.docx